COMMONWEALTH of Pennsylvania, Respondent

v.

Amin INGRAM, Petitioner

No. 112 EAL 2017

Supreme Court of Pennsylvania.

August 1, 2017

## ORDER

PER CURIAM

AND NOW, this 1st day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Timothy DOCKERY, Petitioner

No. 81 EAL 2017

Supreme Court of Pennsylvania.

August 1, 2017

## ORDER

PER CURIAM

AND NOW, this 1st day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

George PALMERO, Petitioner

No. 88 EAL 2017

Supreme Court of Pennsylvania.

August 1, 2017

## ORDER

PER CURIAM

AND NOW, this 1st day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.